Copies served
6/8/07 JM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

CANDECE M. ANDERSON

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:06-CR-519 (GHL)

Robert Bogdan, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__ guilty __ nolo contendere] as to count __One__

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Theft, in violation of Title 18, United States Code, Section 641.

**DATE OFFENSE CONCLUDED:** November 7, 2006.

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $300.00 and a $25.00 special assessment. Total fine and assessment amount to $325.00, payable no later than August 31, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

_____June 4, 2007_____
Date of Imposition of Sentence

6/7/07
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge